UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
DEVENDER BIRLA
A# 75-977-932

                                                                    CERTIFICATE OF SERVICE
        Plaintiff,

  -against-                                       Docket No. 08 CV00232(PAC)

ANDREA QUARANTILLO ,                    ECF CASE
Director,
United States Citizenship and Immigration Services
New York City District

        Defendant.
-----------------------------------------------------x

      I, WARREN S. HECHT  hereby certify under the penalty of perjury that on July 10, 2008, I served by United States  certified mail RRR a   copy of the Summons Complaint and Civil Cover Sheet  on each of the following individuals:

      Civil Process Clerk
      United States Attorney
      86 Chambers Street
      New York, NY 10007

      Andrea Quarantillo
      Director
      United States Citizenship and Immigration Services
      New York City District
      26 Federal Plaza,
      New York, NY 10007

      Michael B. Mulkasey
      United States Attorney General
      950 Pennsylvania Ave. N.W.
      Washington, D.C. 20530

                                                          S/ Warren S. Hecht
      Dated: August 4, 2008                         ----------------------------
      Forest Hills, New York                    WARREN S. HECHT (WSH5897)