```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 5 2008
```

*August 5, 2008*

*\* Upon the filing of the affidavit of service, this case is reopened.*

*So ordered.*

*Paul Crotty*
*USDJ*

**MEMO ENDORSED**

August 4, 2008

By e-mail
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                    Re: Birla v. Quarantillo
                    08 Civ. 232 (PAC)

Dear Judge Crotty:

      I received by ECF a copy of said Order dated July 30, 2008 dismissing said action subject to reopening. Upon receipt I checked the docket and then realized that I had never filed an affirmation of service. I am enclosing a copy of same.

      Today I will file said affirmation with ECF. Thus I respectfully request that the Court reopen said case. I apologize for any inconvenience that I have caused the court.

                                    Very truly yours,

                                    S/ Warren S. Hecht
                                  Warren S. Hecht

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x

DEVENDER BIRLA
A# 75-977-932

                          Plaintiff,                        CERTIFICATE OF SERVICE

  -against-                                      Docket No. 08 CV00232(PAC)

ANDREA QUARANTILLO ,                     ECF CASE
Director,
United States Citizenship and Immigration Services
New York City District

                        Defendant.
-------------------------------------------------x

      I, WARREN S. HECHT hereby certify under the penalty of perjury that on July 10, 2008, I served by United States certified mail RRR a copy of the Summons Complaint and Civil Cover Sheet on each of the following individuals:

      Civil Process Clerk
      United States Attorney
      86 Chambers Street
      New York, NY 10007

      Andrea Quarantillo
      Director
      United States Citizenship and Immigration Services
      New York City District
      26 Federal Plaza,
      New York, NY 10007

      Michael B. Mulkasey
      United States Attorney General
      950 Pennsylvania Ave. N.W.
      Washington, D.C. 20530

                                                S/ Warren S. Hecht
Dated: August 4, 2008                   -----------------------------
Forest Hills, New York                 WARREN S. HECHT (WSH5897)